UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNY SHARPE,

    Plaintiff,

vs.                                  CASE NO. 4:18-cv-544-RH-CAS

CITY OF TALLAHASSEE, a Florida
Municipality, and BRIAN DAVIS and
REGGIE LAWYER, Individually,

    Defendants.
_____/

## NOTICE OF APPEARANCE

    YOU ARE HEREBY NOTIFIED that the undersigned attorney on behalf of the Defendant, BRIAN DAVIS, makes this appearance and requests that copies of all pleadings, motions, and notices be supplied to Stephen G. Webster, Esq., and Louis J. Baptiste, Esq., of the Law Office of Stephen G. Webster, Esq., at the address shown.

    DATED this 21st day of February 2019.

                                      /s/ STEPHEN G. WEBSTER, ESQ.
                                      STEPHEN G. WEBSTER, ESQ.
                                      FBN: 14054
                                      LOUIS J. BAPTISTE, ESQ.
                                      FBN: 126082
                                      Law Office of Stephen G. Webster, LLC
                                      1615 Village Square Blvd., #5
                                      Tallahassee, FL 32309
                                      (850) 597-7142 / Telephone
                                      (850) 765-2717 / Fax
                                      E-Mail:  swebster@swebsterlaw.net
                                                      lb@swebsterlaw.net

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic service this to all parties this 2st day of February 2019.

                                        /s/ STEPHEN G. WEBSTER, ESQ.
                                        ATTORNEY