IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNY SHARPE,

    Plaintiff,

                                                    CASE NO.: 4:18-cv-544

vs.

CITY OF TALLAHASSEE, a Florida
Municipality, and BRIAN DAVIS, Individually.

    Defendants.
_____/

## **NOTICE OF TAKING DEPOSITION**

PLEASE TAKE NOTICE that Defendant, City of Tallahassee, will take the deposition of **Kenny Sharpe**, upon oral examination on **Thursday, August 29, 2019, beginning at 9:00 a.m. at Accurate Court Reporting, 2894 Remington Green Lane, Tallahassee, Florida 32308**, by an official court reporter, or some other officer authorized by law to administer oaths and to take depositions. Said deposition will continue from day to day until completed.

The deposition is being taken for purpose of discovery, evidence at trial, or any other purpose for which it may be used under the applicable laws of the

United States of America and the State of Florida.

In accordance with the Americans with Disabilities Act, persons needing a special accommodation to participate in this proceeding should contact Issuing Attorney not later than seven days prior to the proceeding at the address given on the notice. If this notice to the individual of a deposition, court date, subpoena, etc. is less than seven (7) days, then the individual should contact Issuing Attorney as soon as possible after receiving that notice.

s/ Hannah D. Monroe
Florida Bar Number:  102762
Assistant City Attorney
City Attorney's Office
300 South Adams Street, Box A-5
Tallahassee, FL  32301
(850) 891-8554; Fax: (850) 891-8973
Hannah.Monroe@talgov.com
*Attorney for Defendant City of Tallahassee*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, a true and correct copy of the foregoing has been furnished to all counsel registered to be notified by the CM/ECF electronic mail system.

s/ Hannah D. Monroe